# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KENNETH NEAL BRANSCUM [DOB ▇▇▇▇982] | ) ) ) ) ) | Case No. 25-mj-2079-DPR |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kenneth Neal Branscum,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See Attachment A.

Date: September 3, 2025

*Issuing officer's signature*

City and state: Kansas City, Missouri

W. Brian Gaddy, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/03/2025, and the person was arrested on *(date)* 09/05/2025
at *(city and state)* Nashville, TN.

Date: 09/05/2025

*Arresting officer's signature*

Courtney Davis, Special Agent FBI
*Printed name and title*